UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 15 2018 ★

LONG ISLAND OFFICE

| | |
|---|---|
| RAFAQAT ALI, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> NCB MANAGEMENT SERVICES, INC., <br><br> Defendant. | §§§§§§§§§§§ Case No. 2:17-cv-07423-JFB-GRB |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED.R.CIV.P. 41(a)(1)(A)(ii), Plaintiff, Rafaqat Ali, and Defendant, NCB Management Services, Inc. ("NCB"), hereby jointly stipulate to the dismissal with prejudice as to all of Plaintiff's claims against NCB, with each side to bear its own fees and costs.

Dated: June 15, 2018.

Respectfully submitted,

/s/Ryan Gentile
Ryan L. Gentile, Esq.
Law Offices of Gus Michael Farinella
110 Jericho Turnpike - Suite 100
Floral Park, NY 11001
Telephone: (201) 873-7675
Facsimile: (212) 675-4367
rlg@lawgmf.com

Attorney for Plaintiff
Rafaqat Ali

/s/Aaron R. Easley
Aaron R. Easley, Esq. (ae9922)
Sessions Fishman Nathan & Israel
3 Cross Creek Drive
Flemington, NJ 08822
Telephone: (908) 237-1660
Facsimile: (908) 237-1663
aeasley@sessions.legal

Attorneys for Defendant,
NCB Management Services, Inc.

*The Clerk of the Court shall close the case.*

SO ORDERED.

/s/ Joseph F. Bianco
Joseph F. Bianco
USDJ

Date: June 15, 2018
Central Islip, N.Y.